# RETURN OF SERVICE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**CASE NO:** 1:23-mc-00258-UNA

**SERVED:** SANDOZ INC.

**DOCUMENT:** Ex Parte Application Pursuant to 28 U.S.C. § 1782 for an Order Authorizing Discovery for Use in a Foreign Proceeding (Filing Fee Paid, Receipt Number: ADEDC-4131403) - filed by Amgen, Inc. (Attachments: # 1 Civil Cover Sheet)(apk); MEMORANDUM of Law in Support of D.I. 1 Ex Parte Application Pursuant to 28 U.S.C. § 1782 for an Order Authorizing Discovery for Use in a Foreign Proceeding filed by Amgen, Inc. Answering Brief/Response due date per Local Rules is 5/23/2023. (apk) (Entered: 05/09/2023); DECLARATION of Brian P. Egan in Support of D.I. 1 Ex Parte Application Pursuant to 28 U.S.C. § 1782 for an Order Authorizing Discovery for Use in a Foreign Proceeding by Amgen, Inc. (Attachments: # 1 Exhibit;A-B, # 2 Exhibit 1-15)(apk) (Entered: 05/09/2023); DECLARATION of Dominik Gobel in Support of D.I. 1 Ex Parte Application Pursuant to 28 U.S.C. § 1782 for an Order Authorizing Discovery for Use in a Foreign Proceeding by Amgen, Inc. (Attachments: # 1 Exhibit 1-3)(apk) (Entered: 05/09/2023); DECLARATION of Helena Butolen in Support of D.I. 1 Ex Parte Application Pursuant to 28 U.S.C. § 1782 for an Order Authorizing Discovery for Use in a Foreign Proceeding by Amgen, Inc. (Attachments: # 1 Exhibit 1-7)(apk); Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Amgen, Inc. (apk) (Entered: 05/09/2023)

**ADDRESS:** C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

**DATE:** 05/10/2023

## MANNER OF SERVICE

☒ **PERSONAL:**   ACCEPTED BY:   LYNANNE GARES (AUTHORIZED AGENT)

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   05/10/2023

NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

*BRANDYWINE PROCESS SERVERS, LTD PO BOX 1360 WILMINGTON, DE 19899*