IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REQUEST FROM VIENNA | Misc. No. 23-mc-258-CFC |

## ORDER

At Wilmington this Twenty-sixth day of September in 2023:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Amgen Inc.'s Ex Parte Application Pursuant to 28 U.S.C. § 1782 for an Order Authorizing Discovery for Use in a Foreign Proceeding (D.I. 1) is **GRANTED**.

_____
CHIEF JUDGE